UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER SCRUGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:13-CV-815 JD |
| v. | ) |
| | ) |
| CAPT. PAYEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

OPINION AND ORDER

Christopher Scruggs, a *pro se* prisoner, sent the clerk a motion asking to dismiss this case and waive the filing fee. Scruggs explains that he did not understand that his initial document would be used to open a new case and that he did not want to file a civil lawsuit.

In the interests of justice, the motion (DE 9) is **GRANTED**, this case is **DISMISSED AS INADVERTENTLY OPENED**, and the filing fee is **WAIVED**.

SO ORDERED.

ENTERED:   August 21, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court